UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA GELLISCH,

       Plaintiff,

v.

       Case No. 10-12185
       Hon. Gerald E. Rosen
       Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        June 27, 2011      

PRESENT:  Honorable Gerald E. Rosen
                   Chief Judge, United States District Court

On April 29, 2011, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Anita Gellisch's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's April 29, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #12) is GRANTED, and Plaintiff's motion for summary judgment (docket #11) is DENIED.

                                s/Gerald E. Rosen
                                Chief Judge, United States District Court

Dated: June 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2011, by electronic and/or ordinary mail.

                                s/Ruth A. Gunther
                                Case Manager